ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEITH M. STAUB
Assistant United States Attorney
California Bar Number 137909
TIM L. LASKE
Assistant United States Attorney
California Bar Number 223395
   Federal Building, Suite 7516
   300 North Los Angeles Street
   Los Angeles, California 90012
   Telephone: (213) 894-7423/0805
    Facsimile: (213) 894-7819
email: Keith.Staub@usdoj.gov; Tim.Laske@usdoj.gov

Attorneys for Defendant Michael B. Donley, Secretary of the Air Force

JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CARLOS TANGONAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>MICHAEL B. DONLEY,<br>Secretary of the Air Force,<br><br>    Defendant. | CV 10-2565 RGK (FFMx)<br><br>Hon. R. Gary Klausner |

**(~~PROPOSED~~) ORDER TO DISMISS COMPLAINT**

- 1 -

The Court having received and reviewed the parties Stipulation to Dismiss the complaint, orders that plaintiff's entire complaint is dismissed with prejudice. All parties will bear their own costs and fees.

DATED: May 3, 2011  _____
HON. R. GARY KLAUSNER
District Court Judge